FILED

2016 Oct-07  PM 03:23
U.S. DISTRICT COURT
N.D. OF ALABAMA



# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF ALABAMA

### SOUTHERN DIVISION

| | |
|---|---|
| **BENJAMIN F. MERCER** | { |
| | { |
| **Plaintiff,** | { |
| | { **Case No.: 2:16-cv-01204-RDP** |
| **v.** | { |
| | { |
| **STATE OF ALABAMA DEPARTMENT OF** | { |
| **TRANSPORTATION** | { |
| | { |
| **Defendant** | |

### Amended Complaint

I am a Black/Africa-American individual. I was previous employed by the Department of Transportation.

I was wrongfully terminated. I file a charge of racial discrimination with the EEOC. The EEOC found that the State of Alabama, Department of Transportation had committed a violation of the Title VII of the Civil Rights Act of 1964, as amended. The Department of Justice issued me the right to suit on April 23, 2016,

on June 13, 2016, I was hired by Serco Inc, as a Traffic management Operator. I perform my job in a satisfactory manner. Serco Inc, is a government contractor which serves Alabama Department of Transportation (ALDOT). I filled a suit against ALDOT on August 12, 2016 in Federal District Court. On August 17, 2016, I was informed by my supervisor David Spinney with Serco Inc, that I was being on administrative leavce due to an issue in my record. On August 19, 2016, my supervisior David Spinney with Serco Inc, told me that ALDOT had put us in a tough situation and that I was being terminated. I had no disciplinary action or any unsatifaction on performannce in my file. I requested a reason for termination and I was inform that Serco Inc, did not give out termination letter. The Departrment of Transportation has indefinitely suspended and/or withheld my vocational ALDOT certifications since I filed my initial charge. I believe I have been retaliated against due to my prior participation in a protected activity in violation of Title VII of the Civil Rights Act of 1964, as amended.

I was hired by Serco Inc, on une 13, 2016, as a Traffic Management Operator 1, I perform my job in a satisfactory manner with know disciplinary or performance complain. My supervisor David Spinney informed me on August 17, 2016, that I was being put adminstrative leave with pay until the situation is being investagated, on August 19, 2016, my supervisor David Spinney with Serco Inc, informed me that I was being terrminated. I believe that I have been retaliated

against  because of my previous participation in a protected act of Title VII of the

Civil Right Act of 1964, as amended.

**Benjamin Mercer**

**702 Narragansett Drive**

**Birmingham, Al 35214**

**(205) – 249-5567**