a

b

FILED
2017 May-09 PM 03:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BENJAMIN F. MERCER,** | } |
| Plaintiff, | } |
| v. | } Case No.: 2:16-cv-1204-RDP |
| **ALABAMA DEPARTMENT OF TRANSPORTATION,** | } |
| Defendant. | } |

## ORDER

This case is before the court on Defendant's Motion to Dismiss Third Amended Complaint. (Doc. # 33). The parties have fully briefed the motion, and it is under submission. (Docs. # 39, 44). Upon careful review, the court concludes that Plaintiff has plausibly pled his race discrimination and retaliation claims and the issues raised in Defendant's motion are more appropriate for consideration in a Rule 56 motion. Accordingly, Defendant's motion to dismiss (Doc. # 33) is **DENIED**.

**DONE** and **ORDERED** this May 9, 2017.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE