FILED
2019 Sep-07 PM 04:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

**BENJAMIN MERCER,**

**Plaintiff,**

**v.**

**ALABAMA DEPARTMENT OF TRANSPORTATION,**

**Defendant.**

**Civil Action No.: 2:16-cv-01204-RDP**

**Jury Trial Demanded**

## PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE OF ADJUDICATIVE FACTS

Comes now Plaintiff BENJAMIN MERCER and moves the Court, pursuant to F.R.Evid 201(b)(2), to take judicial notice of the following adjudicative facts:

1. That Plaintiff Benjamin Mercer is currently a "debtor" under the Bankruptcy Code; and that all his rights in this case are the property of Bankruptcy Trustee Bradford W. Caraway. Attachment 1; *Raborn v. Menotte, Trustee,* 479 1319, 1323 (11th Cir.2006); *South Central Livestock Dealers, Inc. v. Security State Bank of Headley, Tex.,* 614 F.2d 1056, 1061 (5th Cir.1980).

2. That the website for the State of Alabama Personnel Department reflects the Merit Semi-Monthly Compensation Plan for the position of Transportation Technologist, Class Code 20481, and the Pay Plan (Salary Schedule) for that

position. Attachment 2, https://www.personnel.alabama.gov/PayPlan; Plaintiff's Exhibit 27; Plaintiff's Exhibit 7.

3. That the "Careers" section of the ALDOT website links directly to the State of Alabama's Personnel Department website, which in turn discloses the "Benefits of State Employment." Attachment 3, https://www.dot.state.al.us/Explore.html; https://personnel.alabama.gov/Benefits; Plaintiff's Exhibit 29.

Each of these facts can accurately and readily BE determined from sources whose accuracy cannot reasonably be questioned; namely, the judicial records of the Bankruptcy Court of the Northern District of Alabama; As well as the websites of the State of Alabama Personnel Department and ALDOT.

Notice of Plaintiff's bankrupt status is requested because of Fed.R.Civ.P. 17 (a) Real Party in Interest considerations. Notice of adjudicative facts 2 and 3 is appropriate in consideration of ALDOT's objections to Plaintiff's Exhibits 27, 28, and 29.

For all these reasons, Plaintiff requests that the court take judicial notice of the above facts, or grant such other, further, and different relief as may be appropriate in the circumstances.

Respectfully submitted,

*/s/U.W. Clemon*
U.W. Clemon CLE045

                                                                                U.W. Clemon, LLC
                                                                                Roderick Barge
                                                                                P.O. Box 2365
                                                                                Birmingham, AL 35201
                                                                                Phone 205 506-4524
                                                                                uwclemon1@gmail.com

ATTORNEYS FOR PLAINTIFF

**Repeat-ALNB, DebtEd, DSO, PRVDISM, Repeat, RepeatPACER, PRVDISCH, NTCAPR**

## U.S. BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA (Birmingham)
## Bankruptcy Petition #: 18-03621-DSC13

*Date filed:* 09/05/2018
*Plan confirmed:* 12/27/2018
*341 meeting:* 10/17/2018
*Deadline for filing claims:* 11/14/2018
*Deadline for filing claims (govt.):* 03/04/2019

*Assigned to:* D. Sims Crawford
Chapter 13
Voluntary
Asset

***Debtor***
**Benjamin F Mercer, Sr**
702 Narrgansett Drive
Birmingham, AL 35214
JEFFERSON-AL
SSN / ITIN: xxx-xx-4936

represented by **George Babakitis**
2031 2nd Avenue North
Birmingham, Al 35203
205 458-1161
Fax : 205-933-9314
Email: gbabakitis@aol.com

**U.W. Clemon, I**
U.W. Clemon, LLC
P.O. Box 2365
Birmingham, AL 35201
205-837-2898
Email: uwclemon1@gmail.com

***Trustee***
**Bradford W. Caraway**
Chapter 13 Standing Trustee
P O Box 10848
Birmingham, AL 35202-0848
205 323-4631

Attachment 1

| Filing Date | # | Docket Text |
|---|---|---|
| 09/05/2018 | 1 (55 pgs) | Chapter 13 Voluntary Petition Individual . Fee Amount $310 Filed by Benjamin F Mercer Sr (Babakitis, George) (Entered: 09/05/2018) |
| 09/05/2018 | 2 (6 pgs; 2 docs) | Chapter 13 Plan. Filed by Debtor Benjamin F Mercer Sr. (Babakitis, George) (Entered: 09/05/2018) |
| 09/05/2018 | 4 (1 pg) | Certificate of Credit Counseling for Debtor Filed by Debtor Benjamin F Mercer Sr. (Babakitis, George) (Entered: 09/05/2018) |
| 09/05/2018 | 5 | Tax Documents for the Year for 2017 Filed by Debtor Benjamin F Mercer Sr. (Babakitis, George) (Entered: 09/05/2018) |
| 09/05/2018 | 6 (1 pg) | Appraisal *702 Narragansett Drive, Birmingham, AL 35214* Filed by Debtor Benjamin F Mercer Sr. (Babakitis, George) (Entered: 09/05/2018) |
| 09/05/2018 | 7 | Appraisal *2342 20th Place Ensley, Birmingham, AL 35208* Filed by Debtor |

| | | |
|---|---|---|
| | (1 pg) | Benjamin F Mercer Sr. (Babakitis, George) (Entered: 09/05/2018) |
| 09/05/2018 | 8 (5 pgs) | Employee Income Records Filed by Debtor Benjamin F Mercer Sr. (Babakitis, George) (Entered: 09/05/2018) |
| 09/05/2018 | 9 (3 pgs; 2 docs) | Meeting of Creditors with 341(a) meeting to be held on 10/17/2018 at 09:30 AM at Creditor Meeting Room Birmingham. Confirmation hearing to be held on 11/27/2018 at 11:00 AM at Courtroom 1 (DSC) Birmingham. Proof of Claim due by 11/14/2018. Government Proof of Claim due by 03/04/2019 Objection to Dischargeability of Certain Debts due by 12/17/2018. (Entered: 09/05/2018) |
| 09/06/2018 | 10 (2 pgs; 2 docs) | Notice of Requirement to Complete Course in Financial Management (Admin adiuser) (Entered: 09/06/2018) |
| 09/06/2018 | | Notice of Debtor's Prior Filings for debtor Benjamin F Mercer, Sr Case Number 11-04335, Chapter 13 filed in Alabama Northern Bankruptcy Court on 08/29/2011 , Dismissed for failure to make plan payments on 04/03/2013; Case Number 13-02163, Chapter 13 filed in Alabama Northern Bankruptcy Court on 05/07/2013 , Dismissed for failure to make plan payments on 02/19/2015; Case Number 16-01294, Chapter 13 filed in Alabama Northern Bankruptcy Court on 03/28/2016 , Dismissed for Other Reason on 06/08/2016; Case Number 02-02792, Chapter 13 filed in Alabama Northern Bankruptcy Court on 04/08/2002 , Dismissed for Other Reason on 11/14/2003; Case Number 11-01413, Chapter 7 filed in Alabama Northern Bankruptcy Court on 03/14/2011 , Standard Discharge on 06/13/2011; Case Number 05-09633, Chapter 13 filed in Alabama Northern Bankruptcy Court on 09/28/2005 , Standard Discharge on 12/07/2010; Case Number 03-10491, Chapter 13 filed in Alabama Northern Bankruptcy Court on 11/26/2003 , Dismissed for Other Reason on 09/23/2005; Case Number 18-02878, Chapter 13 filed in Alabama Northern Bankruptcy Court on 07/16/2018 , Dismissed for Failure to File Information on 07/24/2018; Case Number 91-01879, Chapter 13 filed in Alabama Northern Bankruptcy Court on 03/08/1991 , Dismissed for Other Reason on 11/15/1991; Case Number 86-09631, Chapter 13 filed in Alabama Northern Bankruptcy Court on 11/26/1986 , Dismissed for Other Reason on 04/27/1989; Case Number 15-02960, Chapter 13 filed in Alabama Northern Bankruptcy Court on 07/30/2015 , Dismissed for failure to pay filing fee on 09/22/2015.(Admin) (Entered: 09/06/2018) |
| 09/06/2018 | | Receipt of Voluntary Petition (Chapter 13)(18-03621-13) [misc,volp13] ( 310.00) Filing Fee. Receipt number 22486112. Fee Amount 310.00 (re:Doc# 1) (U.S. Treasury) (Entered: 09/06/2018) |
| 09/07/2018 | 11 (3 pgs) | BNC Certificate of Notice (RE: related document(s)9 Meeting (AutoAssign Chapter 13)). Notice Date 09/07/2018. (Admin.) (Entered: 09/08/2018) |
| 09/08/2018 | 12 (2 pgs) | BNC Certificate of Notice (RE: related document(s)10 Notice of Requirement to Complete Course in Financial Management). Notice Date 09/08/2018. (Admin.) (Entered: 09/09/2018) |
| 09/08/2018 | 13 (6 pgs) | BNC Certificate of Notice (RE: related document(s)2 Chapter 13 Plan filed by Debtor Benjamin F Mercer). Notice Date 09/08/2018. (Admin.) (Entered: 09/09/2018) |
| 10/17/2018 | 14 (2 pgs) | Meeting of Creditors Held *10/17/2018*. (Ch13troffice, bc) (Entered: 10/17/2018) |

| | | |
|---|---|---|
| 10/19/2018 | 15 (5 pgs) | Amended Chapter 13 Plan. Filed by Debtor Benjamin F Mercer Sr (RE: related document(s)2 Chapter 13 Plan. Filed by Debtor Benjamin F Mercer Sr.). (Babakitis, George) (Entered: 10/19/2018) |
| 10/22/2018 | 16 (2 pgs) | Trustee's Objection to Confirmation of Chapter 13 Plan, Trustee's Motion to Dismiss Case for Failure to Make Plan Payments , Trustee's Motion to Dismiss. (Ch13troffice, km) (Entered: 10/22/2018) |
| 10/23/2018 | 17 (2 pgs; 2 docs) | Notice of Hearing on (RE: related document(s)16 Trustee's Objection to Confirmation of Plan, Trustee's Motion to Dismiss Case for Failure to Make Plan Payments, Trustee's Motion to Dismiss). Hearing scheduled 11/27/2018 at 11:00 AM at Courtroom 1 (DSC) Birmingham. (mwb) (Entered: 10/23/2018) |
| 10/24/2018 | 18 (7 pgs) | Amended Schedule J: Individual- Your Expenses Filed by Debtor Benjamin F Mercer Sr. (Babakitis, George) (Entered: 10/24/2018) |
| 10/25/2018 | 19 (2 pgs) | BNC Certificate of Notice (RE: related document(s)17 Notice of Hearing). Notice Date 10/25/2018. (Admin.) (Entered: 10/26/2018) |
| 10/29/2018 | 20 (5 pgs) | Amended Chapter 13 Plan. Filed by Debtor Benjamin F Mercer Sr (RE: related document(s)15 Amended Chapter 13 Plan. Filed by Debtor Benjamin F Mercer Sr (RE: related document(s)2 Chapter 13 Plan. Filed by Debtor Benjamin F Mercer Sr.).). (Babakitis, George) (Entered: 10/29/2018) |
| 11/05/2018 | 21 (1 pg) | Trustee's Direction for Deduction. (Ch13troffice, sf) (Entered: 11/05/2018) |
| 11/15/2018 | 22 (1 pg) | Notice of Appearance and Request for Notice by Joshua B. White Filed by Creditor JPMORGAN CHASE BANK, N.A.. (White, Joshua) (Entered: 11/15/2018) |
| 11/16/2018 | 23 (5 pgs) | Amended Chapter 13 Plan. Filed by Debtor Benjamin F Mercer Sr (RE: related document(s)20 Amended Chapter 13 Plan. Filed by Debtor Benjamin F Mercer Sr (RE: related document(s)15 Amended Chapter 13 Plan. Filed by Debtor Benjamin F Mercer Sr (RE: related document(s)2 Chapter 13 Plan. Filed by Debtor Benjamin F Mercer Sr.).).). (Babakitis, George) (Entered: 11/16/2018) |
| 11/20/2018 | 24 (2 pgs) | Objection to Confirmation of Plan Filed by Creditor JPMORGAN CHASE BANK, N.A. (RE: related document(s)23 Amended Chapter 13 Plan. Filed by Debtor Benjamin F Mercer Sr (RE: related document(s)20 Amended Chapter 13 Plan. Filed by Debtor Benjamin F Mercer Sr (RE: related document(s)15 Amended Chapter 13 Plan. Filed by Debtor Benjamin F Mercer Sr (RE: related document(s)2 Chapter 13 Plan. Filed by Debtor Benjamin F Mercer Sr.).).).). (White, Joshua) (Entered: 11/20/2018) |
| 11/20/2018 | 25 | Hearing Scheduled (RE: related document(s)24 Objection to Confirmation of the Plan filed by Creditor JPMORGAN CHASE BANK, N.A.). Hearing scheduled 11/27/2018 at 11:00 AM at Courtroom 1 (DSC) Birmingham. (sva) (Entered: 11/20/2018) |
| 11/26/2018 | 26 (1 pg) | Courtroom Deputy Notes (By agreement of the parties, this matter is settled and Mr. White shall submit a proposed order.) RE: Doc #24; Objection to |

| | | |
|---|---|---|
| | | Confirmation of the Plan filed by Joshua B. White, attorney for JPMorgan Chase Bank NA (stc) (Entered: 11/26/2018) |
| 12/20/2018 | 27 (2 pgs) | Bench Sheet from Confirmation Hearing (cmh) (Entered: 12/20/2018) |
| 12/27/2018 | 28 (3 pgs; 2 docs) | Order Confirming Chapter 13 Plan. The Trustee's objection to Confirmation is overruled and Motion to Dismiss is denied. Signed on 12/27/2018 (RE: related document(s)16 Trustee's Objection to Confirmation of Plan, Trustee's Motion to Dismiss Case for Failure to Make Plan Payments, Trustee's Motion to Dismiss, 23 Amended Chapter 13 Plan filed by Debtor Benjamin F Mercer). (sva) (Entered: 12/27/2018) |
| 12/29/2018 | 29 (3 pgs) | BNC Certificate of Notice (RE: related document(s)28 Order Confirming Chapter 13 Plan). Notice Date 12/29/2018. (Admin.) (Entered: 12/30/2018) |
| 01/03/2019 | 30 (2 pgs; 2 docs) | Agreed Order Overruling the Objection to Confirmation of the Plan Signed on 1/3/2019 (RE: related document(s)24 Objection to Confirmation of the Plan filed by JPMORGAN CHASE BANK, N.A.). (sva) (Entered: 01/03/2019) |
| 01/05/2019 | 31 (2 pgs) | BNC Certificate of Notice (RE: related document(s)30 Consent Order). Notice Date 01/05/2019. (Admin.) (Entered: 01/06/2019) |
| 05/30/2019 | 32 (36 pgs) | Motion for Relief from Stay , Fee Amount $181,, Motion for Relief from Co-Debtor Stay , Filed by Creditor JPMORGAN CHASE BANK, N.A. (White, Joshua) (Entered: 05/30/2019) |
| 05/30/2019 | | Receipt of Motion for Relief from Stay( 18-03621-DSC13) [motion,mrlfsty] ( 181.00) Filing Fee. Receipt number A23693258. Fee Amount 181.00 (re:Doc# 32) (U.S. Treasury) (Entered: 05/30/2019) |
| 05/31/2019 | 33 (1 pg) | Fact Summary for a Motion for Relief from Stay Filed by Creditor JPMORGAN CHASE BANK, N.A. (RE: related document(s)32 Motion for Relief from Stay , Fee Amount $181,, Motion for Relief from Co-Debtor Stay ,). (White, Joshua) (Entered: 05/31/2019) |
| 05/31/2019 | 34 (2 pgs; 2 docs) | Notice of Final Hearing on Motion for Relief from Stay and Co-Debtor Stay filed by Joshua White, attorney for JPMorgan Chase Bank NA (RE: related document(s)32 Motion for Relief from Stay). Hearing scheduled 6/25/2019 at 10:00 AM at Courtroom 1 (DSC) Birmingham. (sva) (Entered: 05/31/2019) |
| 06/02/2019 | 36 (2 pgs) | BNC Certificate of Notice (RE: related document(s)34 Hearing (Motion for Relief) Set). Notice Date 06/02/2019. (Admin.) (Entered: 06/03/2019) |
| 06/25/2019 | 37 (1 pg) | Courtroom Deputy Notes (By agreement of the parties, this matter is settled and Mr. White shall submit a proposed order.) RE: Doc #32; Motion for Relief from Stay and Co-Debtor Stay filed by Joshua White, attorney for JPMorgan Chase Bank NA (stc) (Entered: 06/25/2019) |
| 07/15/2019 | 38 (3 pgs; 2 docs) | Order Conditionally Denying Motion For Relief From Stay (Related Doc # 32), Conditionally Denying Motion For Relief From Co-Debtor Stay (Related Doc # 32) Signed on 7/15/2019. (thc) (Entered: 07/15/2019) |
| 07/17/2019 | 39 | BNC Certificate of Notice (RE: related document(s)38 Order on Motion |

| | | |
|---|---|---|
| | (3 pgs) | For Relief From Stay). Notice Date 07/17/2019. (Admin.) (Entered: 07/18/2019) |
| 08/29/2019 | 40 (4 pgs) | Application to Employ U.W. Clemon as Professional Person Filed by Debtor Benjamin F Mercer Sr (Clemon, U.W.) Modified text to match PDF on 8/29/2019 (sva). (Entered: 08/29/2019) |
| 08/29/2019 | 41 (2 pgs; 2 docs) | Order Granting Application to Employ U.W. Clemon as Special Counsel for Debtor (Related Doc # 40) Signed on 8/29/2019. (sva) (Entered: 08/29/2019) |
| 08/31/2019 | 42 (2 pgs) | BNC Certificate of Notice (RE: related document(s)41 Order on Application to Employ). Notice Date 08/31/2019. (Admin.) (Entered: 08/31/2019) |

---

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/07/2019 13:25:42 | | | |
| **PACER Login:** | uwclemon | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 18-03621-DSC13 Fil or Ent: filed From: 1/1/1990 To: 9/9/2019 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |

# Pay Plan (Salary Schedule)

Please enter a Class Code, Class Title or Pay Grade to search. To search by job category, select the Categories button.

**Please only enter search information in ONE field**

**Class Code:**

20481

**Class Title:**

Transportation Technologist

**Pay Grade:**

7073

Search Show Job Categories

Click to Open Printable Pay Plan Document (../Downloads/PayPlan.pdf)

Note: ***By Law, Act# 2005-316 requires salaries of State Employees to be paid at a semi-monthly rate. The semi-monthly rates reflected in this Pay Plan are the official rates of pay. Other rates included in the Comparison Table are provided for informational purposes only. Standard rounding principals are used in the calculations. See ALA. CODE 36-6-1 (2005 CUM. SUPP.)

The information presented here is updated regularly and is accurate as of: 09/01/2019

Privacy Policy (../Privacy.aspx) Site Map (../SiteMap.aspx) Contact Us (../Contact.aspx) © 2019 - SPD

Attachment 2

# STATE OF ALABAMA
PERSONNEL DEPARTMENT

# MERIT SEMI-MONTHLY COMPENSATION PLAN

EFFECTIVE 09/01/2019

THIS PLAN INCLUDES ALL CHANGES THROUGH 09/01/2019

** BY LAW, SALARIES OF STATE EMPLOYEES ARE TO BE PAID SEMI-MONTHLY. THE SEMI-MONTHLY R
REFLECTED IN THIS PAY PLAN ARE THE OFFICIAL RATES OF PAY. OTHER RATES INCLUDED IN THE
COMPARISON TABLE ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. STANDARD ROUNDING PRINC
ARE USED IN THE CALCULATIONS. SEE ALA. CODE 36-6-1 (2005 CUM. SUPP.).

STATE OF ALABAMA
PERSONNEL DEPARTMENT
2019 PAY PLAN
ALPHABETIC BY CLASS TITLE

| CLASS TITLE | CLASS CODE | PAY GRADE | CLASS TITLE |
|---|---|---|---|
| TOURIST PROMO REP SUPVSR | 11033 | 65 | U C SECTION SUPERVISOR |
| TOURIST PROMOTION REP | 11030 | 5460 | U C SPECIALIST |
| TRAFFIC SIGN PAINTER I | 90564 | 4856 | U C SR SPECIALIST |
| TRAFFIC SIGN PAINTER II | 90566 | 58 | U C SUPERVISOR |
| TRAFFIC SIGN SHOP SUPV | 90568 | 76 | U C TECHNICIAN |
| TRAFFIC SIGNAL TECH | 21130 | 6367 | U C UNIT SUPERVISOR |
| TRAFFIC SIGNAL TECH, SENIOR | 21133 | 7172 | UNDERWATER BRIDGE INSP I |
| TRAINING SPECIALIST I | 10821 | 7072 | UNDERWATER BRIDGE INSP II |
| TRAINING SPECIALIST II | 10822 | 77 | UNDERWATER BRIDGE INSP III |
| TRANP EQUAL EMP UNIT SUPV | 10806 | 77 | UNDERWITING MANAGER |
| TRANS ENFORCEMENT AGENT | 60307 | 76 | UNDERWRITER |
| TRANS ENFORCEMENT AGENT MGR | 60309 | 81 | UNEMPLOYMENT INS FIELD DPTY |
| TRANS ENFORCEMENT AGENT SR | 60308 | 7779 | UNIFRM COMMRCIAL CODE SP II |
| TRANS REGIONAL OFFICE MGR | 10199 | 7273 | UNMAN AERIAL SYS OPERATOR |
| TRANS RGNL ENGNR/ASST CHF | 20438 | 90 | UNMAN AERIAL SYS OPERATR SR |
| TRANS TECHNOLOGIST, SR | 20482 | 7578 | UNMAN AERIAL SYS OPERTR MGR |
| TRANSPORT MAINT TECH I | 90244 | 5657 | UPHOLSTERER |
| TRANSPORT MAINT TECH III | 90246 | 6467 | UTILITY LABORER |
| TRANSPORT MAINTANCE SUPT | 90248 | 7173 | VEHICLE REPAIR BDY/FND SUPV |
| TRANSPORT MAINTANCE TECH II | 90247 | 5962 | VET PATHOLOGIST |
| TRANSPORTATION ADMINISTRATR | 20484 | 83 | VET PATHOLOGY RESIDENT |
| TRANSPORTATION MANAGER | 20483 | 81 | VETERINARY DIAGNOSTIC SPEC |
| TRANSPORTATION OFFICE MGR | 10195 | 70 | VICTIMS' SERVICE OFFICER |
| TRANSPORTATION PLANNER | 21220 | 7074 | VISION REHAB THERAPIST |
| TRANSPORTATION PLANNER, SR | 21223 | 80 | VOC REHAB FIELD SUPV |
| TRANSPORTATION RATE ANALYST | 11240 | 68 | VOCATIONAL INSTRUCTOR |
| TRANSPORTATION RATE SPEC | 11242 | 74 | WAITER WAITRESS |
| TRANSPORTATION SR ADMIN | 20485 | 87 | WAREHOUSE SUPERINTENDENT |
| TRANSPORTATION TECHNOLOGIST | 20481 | 7073 | WAREHOUSE SUPERVISOR |
| TRANSPORTATION TRAINING OFF | 10823 | 73 | WAREHOUSE WORKER |
| TRANSPORTATION WORKER | 90241 | 48 | WELCOME CENTER ADMINISTRTOR |
| TRANSPORTATION WORKER, SR | 90240 | 52 | WELDER |
| TRAUMA COMMUNICATIONS OPER | 40720 | 63 | WLDLFE & FRSHWTR FISHRS DIR |
| TREASURY EXECUTIVE ASST | 99025 | 79 | WLDLFE&FRSHWTR FISH AST DIR |
| TREASURY SAFE DIRECTOR | 11974 | 83 | WORKERS' COMP ADMINISTRATOR |
| TROOPER CORPORAL (T) | 60205(C) | 7577 | WORKERS' COMP EXAMINER |
| TROOPER LIEUTENANT (T) | 60215(C) | 81 | WORKERS' COMP OMBUDSMAN |
| TROOPER SERGEANT (T) | 60210(C) | 7879 | WORKERS' COMP SECTION SUPV |
| TRS COLLEGE SAVINGS DIR | 11976 | 83 | WORKERS' COMP SUPV |
| TRS UNCLAIM PROP ASST DIR | 11968 | 80 | WORKFORCE DEV DIV DIR |
| TRS UNCLAIMED PROP DIR | 11977 | 83 | WORKFORCE DEV SPEC, SR |
| TRS, ASST STATE TREAURER | 10619 | 87 | WORKFORCE DEVELOPMENT COORD |
| U C ADMINISTRATOR | 11469 | 85 | WORKFORCE DEVELOPMENT MANGR |
| U C ASST ADMINISTRATOR | 11468 | 82 | WORKFORCE DEVELOPMENT SPEC |
| U C MANAGER | 11467 | 80 | WTS & MEASURES INSP CHF |

STATE OF ALABAMA
PERSONNEL DEPARTMENT
2019 PAY PLAN
ANNUAL EQUIVALENT OF STEP RATES

| PAY GRADE | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 6978 | (01) | 33,921.60 | (02) | 34,761.60 | (03) | 35,618.40 | (04) | 36,492.00 | (05) | 37,389. |
| | (07) | 39,280.80 | (08) | 40,286.40 | (09) | 41,277.60 | (10) | 42,290.40 | (11) | 43,346. |
| | (13) | 45,532.80 | (14) | 46,663.20 | (15) | 47,805.60 | (16) | 48,974.40 | (17) | 50,174. |
| | (19) | 52,653.60 | (20) | 53,976.00 | (21) | 55,327.20 | (22) | 56,726.40 | (23) | 58,128. |
| | (25) | 61,024.80 | (26) | 62,529.60 | (27) | 64,077.60 | (28) | 65,695.20 | (29) | 67,320. |
| | (31) | 70,783.20 | (32) | 72,595.20 | (33) | 74,474.40 | (34) | 76,365.60 | | |
| 7071 | (01) | 34,761.60 | (02) | 35,618.40 | (03) | 36,492.00 | (04) | 37,389.60 | (05) | 38,335. |
| | (07) | 40,286.40 | (08) | 41,277.60 | (09) | 42,290.40 | (10) | 43,346.40 | (11) | 44,404. |
| | (13) | 46,663.20 | (14) | 47,805.60 | (15) | 48,974.40 | (16) | 50,174.40 | (17) | 51,400. |
| | (19) | 53,976.00 | | | | | | | | |
| 7072 | (01) | 34,761.60 | (02) | 35,618.40 | (03) | 36,492.00 | (04) | 37,389.60 | (05) | 38,335. |
| | (07) | 40,286.40 | (08) | 41,277.60 | (09) | 42,290.40 | (10) | 43,346.40 | (11) | 44,404. |
| | (13) | 46,663.20 | (14) | 47,805.60 | (15) | 48,974.40 | (16) | 50,174.40 | (17) | 51,400. |
| | (19) | 53,976.00 | (20) | 55,327.20 | (21) | 56,726.40 | | | | |
| 7073 | (01) | 34,761.60 | (02) | 35,618.40 | (03) | 36,492.00 | (04) | 37,389.60 | (05) | 38,335. |
| | (07) | 40,286.40 | (08) | 41,277.60 | (09) | 42,290.40 | (10) | 43,346.40 | (11) | 44,404. |
| | (13) | 46,663.20 | (14) | 47,805.60 | (15) | 48,974.40 | (16) | 50,174.40 | (17) | 51,400. |
| | (19) | 53,976.00 | (20) | 55,327.20 | (21) | 56,726.40 | (22) | 58,128.00 | (23) | 59,556. |
| 7074 | (01) | 34,761.60 | (02) | 35,618.40 | (03) | 36,492.00 | (04) | 37,389.60 | (05) | 38,335. |
| | (07) | 40,286.40 | (08) | 41,277.60 | (09) | 42,290.40 | (10) | 43,346.40 | (11) | 44,404. |
| | (13) | 46,663.20 | (14) | 47,805.60 | (15) | 48,974.40 | (16) | 50,174.40 | (17) | 51,400. |
| | (19) | 53,976.00 | (20) | 55,327.20 | (21) | 56,726.40 | (22) | 58,128.00 | (23) | 59,556. |
| | (25) | 62,529.60 | | | | | | | | |
| 7075 | (01) | 34,761.60 | (02) | 35,618.40 | (03) | 36,492.00 | (04) | 37,389.60 | (05) | 38,335. |
| | (07) | 40,286.40 | (08) | 41,277.60 | (09) | 42,290.40 | (10) | 43,346.40 | (11) | 44,404. |
| | (13) | 46,663.20 | (14) | 47,805.60 | (15) | 48,974.40 | (16) | 50,174.40 | (17) | 51,400. |
| | (19) | 53,976.00 | (20) | 55,327.20 | (21) | 56,726.40 | (22) | 58,128.00 | (23) | 59,556. |
| | (25) | 62,529.60 | (26) | 64,077.60 | (27) | 65,695.20 | | | | |
| 7172 | (01) | 35,618.40 | (02) | 36,492.00 | (03) | 37,389.60 | (04) | 38,335.20 | (05) | 39,280. |
| | (07) | 41,277.60 | (08) | 42,290.40 | (09) | 43,346.40 | (10) | 44,404.80 | (11) | 45,532. |
| | (13) | 47,805.60 | (14) | 48,974.40 | (15) | 50,174.40 | (16) | 51,400.80 | (17) | 52,653. |
| | (19) | 55,327.20 | (20) | 56,726.40 | | | | | | |
| 7173 | (01) | 35,618.40 | (02) | 36,492.00 | (03) | 37,389.60 | (04) | 38,335.20 | (05) | 39,280. |
| | (07) | 41,277.60 | (08) | 42,290.40 | (09) | 43,346.40 | (10) | 44,404.80 | (11) | 45,532. |
| | (13) | 47,805.60 | (14) | 48,974.40 | (15) | 50,174.40 | (16) | 51,400.80 | (17) | 52,653. |
| | (19) | 55,327.20 | (20) | 56,726.40 | (21) | 58,128.00 | (22) | 59,556.00 | | |

# STATE OF ALABAMA
## PERSONNEL DEPARTMENT
## 2019 PAY PLAN
## SALARY STEP RATES

| PAY GRADE | Step | Rate | Step | Rate | Step | Rate | Step | Rate | Step | Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| 6971 | (01) | 1413.40 | (02) | 1448.40 | (03) | 1484.10 | (04) | 1520.50 | (05) | 1557. |
| | (07) | 1636.70 | (08) | 1678.60 | (09) | 1719.90 | (10) | 1762.10 | (11) | 1806. |
| | (13) | 1897.20 | (14) | 1944.30 | (15) | 1991.90 | (16) | 2040.60 | (17) | 2090. |
| | (19) | 2193.90 | (20) | 2249.00 | | | | | | |
| 6972 | (01) | 1413.40 | (02) | 1448.40 | (03) | 1484.10 | (04) | 1520.50 | (05) | 1557. |
| | (07) | 1636.70 | (08) | 1678.60 | (09) | 1719.90 | (10) | 1762.10 | (11) | 1806. |
| | (13) | 1897.20 | (14) | 1944.30 | (15) | 1991.90 | (16) | 2040.60 | (17) | 2090. |
| | (19) | 2193.90 | (20) | 2249.00 | (21) | 2305.30 | (22) | 2363.60 | | |
| 6973 | (01) | 1413.40 | (02) | 1448.40 | (03) | 1484.10 | (04) | 1520.50 | (05) | 1557. |
| | (07) | 1636.70 | (08) | 1678.60 | (09) | 1719.90 | (10) | 1762.10 | (11) | 1806. |
| | (13) | 1897.20 | (14) | 1944.30 | (15) | 1991.90 | (16) | 2040.60 | (17) | 2090. |
| | (19) | 2193.90 | (20) | 2249.00 | (21) | 2305.30 | (22) | 2363.60 | (23) | 2422. |
| 6974 | (01) | 1413.40 | (02) | 1448.40 | (03) | 1484.10 | (04) | 1520.50 | (05) | 1557. |
| | (07) | 1636.70 | (08) | 1678.60 | (09) | 1719.90 | (10) | 1762.10 | (11) | 1806. |
| | (13) | 1897.20 | (14) | 1944.30 | (15) | 1991.90 | (16) | 2040.60 | (17) | 2090. |
| | (19) | 2193.90 | (20) | 2249.00 | (21) | 2305.30 | (22) | 2363.60 | (23) | 2422. |
| | (25) | 2542.70 | (26) | 2605.40 | | | | | | |
| 6978 | (01) | 1413.40 | (02) | 1448.40 | (03) | 1484.10 | (04) | 1520.50 | (05) | 1557. |
| | (07) | 1636.70 | (08) | 1678.60 | (09) | 1719.90 | (10) | 1762.10 | (11) | 1806. |
| | (13) | 1897.20 | (14) | 1944.30 | (15) | 1991.90 | (16) | 2040.60 | (17) | 2090. |
| | (19) | 2193.90 | (20) | 2249.00 | (21) | 2305.30 | (22) | 2363.60 | (23) | 2422. |
| | (25) | 2542.70 | (26) | 2605.40 | (27) | 2669.90 | (28) | 2737.30 | (29) | 2805. |
| | (31) | 2949.30 | (32) | 3024.80 | (33) | 3103.10 | (34) | 3181.90 | | |
| 7071 | (01) | 1448.40 | (02) | 1484.10 | (03) | 1520.50 | (04) | 1557.90 | (05) | 1597. |
| | (07) | 1678.60 | (08) | 1719.90 | (09) | 1762.10 | (10) | 1806.10 | (11) | 1850. |
| | (13) | 1944.30 | (14) | 1991.90 | (15) | 2040.60 | (16) | 2090.60 | (17) | 2141. |
| | (19) | 2249.00 | | | | | | | | |
| 7072 | (01) | 1448.40 | (02) | 1484.10 | (03) | 1520.50 | (04) | 1557.90 | (05) | 1597. |
| | (07) | 1678.60 | (08) | 1719.90 | (09) | 1762.10 | (10) | 1806.10 | (11) | 1850. |
| | (13) | 1944.30 | (14) | 1991.90 | (15) | 2040.60 | (16) | 2090.60 | (17) | 2141. |
| | (19) | 2249.00 | (20) | 2305.30 | (21) | 2363.60 | | | | |
| 7073 | (01) | 1448.40 | (02) | 1484.10 | (03) | 1520.50 | (04) | 1557.90 | (05) | 1597. |
| | (07) | 1678.60 | (08) | 1719.90 | (09) | 1762.10 | (10) | 1806.10 | (11) | 1850. |
| | (13) | 1944.30 | (14) | 1991.90 | (15) | 2040.60 | (16) | 2090.60 | (17) | 2141. |
| | (19) | 2249.00 | (20) | 2305.30 | (21) | 2363.60 | (22) | 2422.00 | (23) | 2481. |

ALABAMA DEPARTMENT OF TRANSPORTATION

(https://www.dot.state.al.us/)

Search

Welcome to ALDOT

ALDOT Home (Default.html) / Sitemap

ALDOT Road Projects (Default.html)

Doing Business (DoingBusiness.html)

Careers

ALDOT Career Events Schedule

(https://www.dot.state.al.us/pcweb/careerEvents.html)

ALDOT Personnel Department (https://www.dot.state.al.us/pcweb/index.html)

State of Alabama Personnel Department (https://personnel.alabama.gov/)

**Attachment 3**

Projects/Programs

Alabama Transportation Rehabilitation & Improvement Program (ATRIP) (https://www.dot.state.al.us/innoweb/index.html)

ALTRAINS (https://www.dot.state.al.us/dsweb/divTed/Rail/ALTRAINS.html)

ATRIPII (https://www.dot.state.al.us/atrip2/)

Bicycle Pedestrian Plan (https://www.dot.state.al.us/oeweb/bicyclePedestrian.html)

Bid / Project Letting (https://alletting.dot.state.al.us/)

Bridge (https://www.dot.state.al.us/brweb/index.html)

CADD Support (https://www.dot.state.al.us/dsweb/divFdd/DesignServicesSection/CADDSupport.html)

Careers (https://www.personnel.alabama.gov/)

Compliance & Business Opportunities (https://www.dot.state.al.us/cboweb/index.html)

Comptroller (http://comptroller.alabama.gov/)

Computer Services (https://www.dot.state.al.us/csweb/index.html)

Conferences (Conferences.html)

Construction (https://www.dot.state.al.us/conweb/index.html)

Contact ALDOT (Contact_Us.html)

Contract Compliance (https://www.dot.state.al.us/cboweb/ExternalProgramsSection.html)

DBE Program (https://www.dot.state.al.us/conweb/DBEProgram.html)

Design (https://www.dot.state.al.us/dsweb/index.html)

Doing Business (DoingBusiness.html)

Emergency Information (https://miscwapps.dot.state.al.us/ECC/)

Environmental Management (https://www.dot.state.al.us/dsweb/divPed/index.html)

Equipment (https://www.dot.state.al.us/eqweb/index.html)

Finance & Audits (https://www.dot.state.al.us/faweb/index.html)

Forms & Manuals (InfoServices.html)

Industrial Access (https://www.dot.state.al.us/adweb/IndustrialAccess.html)

Info & Services (InfoServices.html)

Innovative Programs (https://www.dot.state.al.us/innoweb/index.html)

Legal (https://www.dot.state.al.us/legweb/Index.html)

Local Transportation (https://www.dot.state.al.us/ltweb/index.html)

Maintenance (https://www.dot.state.al.us/maweb/index.html)

Maps & Publications (Publications.html)

Materials & Tests (https://www.dot.state.al.us/mtweb/index.html)

# Benefits of State Employment

This summary of benefits is meant only as a brief description of some of the benefits available to State employees. Please refer and read all plan documents for more complete descriptions. The State of Alabama and its agencies reserve the right, at its discretion, to alter any or all plans and benefits described in this summary for any reason at any time with or without notice

## Retirement

- Defined Benefit Retirement Plan (employer/employee based)
- * See State Retirement Systems(RSA) for more details (http://www.rsa-al.gov/)
- Optional Deferred Compensation Programs
- * See Empower for more details (https://alabamaretire.gwrs.com/login.do)

## Low Cost Insurance

- Blue Cross/Blue Shield Health (Single/Family Coverage)
- Optional Dental (Single/Family Coverage)
- Optional Health and Supplemental Insurance Coverage
- Optional Cancer Policy
- Discounted Vision Care Program
- Flexible Benefits Program (pre-tax dollars for qualified Medical Expense and Dependent Care)
- * See State Employees' Insurance Board(SEIB) for more details (http://www.alseib.org/)

## Paid Time Off

- 12 Holidays per year
- 1 Personal leave day per year or Mardi Gras Holiday (Baldwin and Mobile counties only)
- 13 Sick days per year (accrued time off)
- 13 to 29 Annual leave days per year (accrued time off)
- 168 Hours of military leave per year

## Miscellaneous Benefits

- Direct Deposit or Check Card
- Payroll deductions for insurance
- Payroll deductions for organization dues, credit union and United Way
- Employee Discounts (hotel/motel, travel, rental car, cellular service, etc.)

---

 © 2019 - SPD