FILED
2019 Sep-20 AM 07:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED
SEP 19 2019
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BENJAMIN F. MERCER, | } |
| Plaintiff, | } |
| v. | } Case No.: 2:16-cv-01204-RDP |
| ALABAMA DEPARTMENT OF TRANSPORTATION, | } |
| Defendant. | } |

## VERDICT FORM

**Do you find from a preponderance of the evidence:**

1. That Benjamin Mercer has shown that his race was a motivating factor that prompted ALDOT discharge Benjamin Mercer from employment?

    Answer Yes or No    _yes_

    [If your answer to question I is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.]

2. That ALDOT has shown that it would have discharged Benjamin Mercer from employment for race-neutral reasons, even if ALDOT had not taken Benjamin Mercer's race into account?

    Answer Yes or No    _yes_

    [If your answer to question II is "Yes," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "No," go to the next question.]

3. That Benjamin Mercer has shown that he should be awarded damages to compensate for a net loss of wages and benefits to the date of your verdict?

Answer Yes or No _____

If your answer is "Yes," state the amount in lost wages or benefits that Benjamin Mercer has proven: $_____

[Regardless of your response to question III, go to the next question.]

4. That Benjamin Mercer has shown that he should be awarded damages to compensate for emotional pain and mental anguish?

Answer Yes or No _____

If your answer is "Yes," state the amount in lost wages or benefits that Benjamin Mercer has proven: $_____

SO SAY WE ALL.

_____  9-19-19
Foreperson's Signature    Date